■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD PITSLEY, Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Oswego County Court, Sullivan, Jr., J.—youthful offender.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BRETT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Stacy, J.—attempted burglary, third degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE JACKSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—rape, first degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL T. GOBRICK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J.—attempted rape, first degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.